UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X
MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

KALAHARI RESORTS, LLC

        Defendant.

------------------------------------------------------- X

Civil Action No. 2:21-cv-02488-JS-SIL

**STIPULATION OF DISMISSAL**
 **WITH PREJUDICE**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant Kalahari Resorts, LLC ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: Forest Hills, New York
       November 17, 2021

| **MICHAEL BEST & FRIEDRICH, LLP** | **SHALOM LAW, PLLC** |
|---|---|
| By: /s/*Amy O. Bruchs* <br>   Amy O. Bruchs <br>   Telephone: 608-283-2253 <br><br> *Attorneys for Defendant* <br> *Kalahari Resorts, LLC* | By /s/*Jonathan Shalom* <br>   Jonathan Shalom <br>   105-13 Metropolitan Avenue <br>   Forest Hills, NY 11375 <br>   Telephone: (718) 971-9474 <br><br> *Attorneys for Plaintiff* <br> *Michelle Tenzer-Fuchs* |

                                                       **SO ORDERED.**

```
Dated:  November 22, 2021        /s/ JOANNA SEYBERT
        Central Islip, NY        Joanna Seybert, U.S.D.J.

                                 The Clerk's Office is directed
                                 to mark this case closed.
```